# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00255MWJS-KJM |
| CASE NAME: | Demetre Durham v. Experian Information Solutions, Inc. |
| ATTY FOR PLA: | Justin A. Brackett |
| ATTY FOR DEFT: | Deborah K. Wright |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Zoom - No Record |
| DATE: | 12/23/2024 | TIME: | 8:14 am - 8:22 am |

COURT ACTION:  EP:   SETTLEMENT ON THE RECORD via telephonic held.

Plaintiff Demetre Durham appeared.

Hanae Fujinami appeared as a Representative for Experian.

SETTLEMENT ON THE RECORD (**SEALED**).

Ms. Wright states the material terms on the record. Plaintiff and Ms. Fujinami agree to the terms.

Court finds that the parties have entered into a binding and enforceable settlement agreement.

Stipulation for Dismissal shall be submitted to Smith_orders@hid.uscourts.gov by February 14, 2025.

The Court will retain jurisdiction over the matter as stated on the record and agree to by the parties.

The attorneys listed above may obtain a copy of this hearing by a written letter request to Magistrate Judge Kenneth J. Mansfield if necessary. Any transcript from this proceeding shall be handled as a sealed document.

Court vacates the trial date and remaining pretrial deadlines.

Defendant Experian Information Solutions, Inc.'s [108] Motion for Summary Judgment and Plaintiff Demetre Durham's [111] Motion for Partial Summary Judgment have been terminated.

*Submitted by: Jodie Duarte, Courtroom Manager*